# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

September 19, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-30311   Kenai Ironclad v. CP Marine Services
                  USDC No. 2:19-CV-2799

The court has taken the following action in this case:

The Court has denied Appellants' motion to consolidate cases.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Whitney M. Jett, Deputy Clerk
504-310-7772

Mr. Martin Stewart Bohman
Ms. Carol L. Michel
Mr. Harry E. Morse
Mr. Alfred Jackson Rufty III