# ORAL ARGUMENT ACKNOWLEDGMENT FORM

**U.S. COURT OF APPEALS FOR THE FIFTH CIRCUIT, 600 S. Maestri Place, New Orleans, LA 70130**
**(504) 310-7700**

I, __MARTIN S. BOHMAN__
(Full Name)

as arguing counsel, acknowledge receiving notice that the below case has been scheduled for oral argument with the United States Court of Appeals for the Fifth Circuit.

__22-30311__  __KENAI IRONCLAD__ v. __CP MARINE SERVICES__
(Case Number)   (Short Title)

is scheduled for oral argument at __9:00__ on __07/12/2023__ located in the
(Time)   (Date)

__NEW ORLEANS - EAST COURTROOM__
(Location)

/s/ __[signature]__                         __June 2, 2023__
(Signature)                                     (Date)

---

List all parties being represented for argument and select the party type

KENAI IRONCLAD

| Appellant | ☑ Appellee | Cross Appellant | Cross Appellee | Amicus | Intervenor |

According to this court's rules, a cross or separate appeal will be argued with the initial appeal during the same argument, unless the court directs otherwise. If a case involves a cross appeal, the party who first files a notice of appeal is considered the appellant unless the parties otherwise agree or the court directs otherwise. If separate appellants support the same argument, they are to avoid duplication of argument.

THE ORDER OF PRESENTATION & DIVISION OF ORAL ARGUMENT TIME WILL BE AS FOLLOWS:

| # | (Counsel Name) | (Time in Minutes) | (Rebuttal Time)* |
|---|---|---|---|
| #1 | MARTIN S. BOHMAN | 20 | |
| #2 | | | |
| #3 | | | |
| #4 | | | |
| #5 | | | |

SESSION # __3__

*Rebuttal time for appellants only. The court prefers no more than 5 minutes for rebuttal.