# CASE NO. 22-30311

## IN THE
## UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

**KENAI IRONCLAD CORPORATION,**

                            **PLAINTIFF - APPELLEE**

v.

**CP MARINE SERVICES, LLC, TEN MILE EXCHANGE, LLC, ET AL.,**

                            **DEFENDANTS - APPELLANTS**

_____

## ON APPEAL FROM
## THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF LOUISIANA

**2:19-CV-2799**
_____

## JOINT MOTION TO DISMISS APPEAL WITH PREJUDICE
_____

**NOW INTO COURT**, through undersigned counsel, come Plaintiff, Kenai Ironclad Corporation and Defendants, CP Marine Services, LLC and Ten Mile Exchange, LLC, who jointly move for an Order dismissing this appeal with prejudice. In support of this Motion, Plaintiff and Defendants represent that they have entered into a voluntary settlement agreement that fully and finally resolves all claims including claims that were asserted or could have been asserted in the case, and, therefore the matters in dispute between the parties have been resolved. In

addition, settlement funds have been exchanged.  Accordingly, this matter has been fully resolved and settled.  Plaintiff hereby requests that all claims asserted against the Defendants be dismissed with prejudice with each party to bear its own costs.

**WHEREFORE**, Plaintiff, Kenai Ironclad Corporation, and Defendants, CP Marine Services, LLC and Ten Mile Exchange, LLC, pray that this Honorable Court dismiss this appeal with prejudice with each party to bear its own costs.

Respectfully submitted,

*/s/  Harry E. Morse*
HARRY E. MORSE (#31515)
MARTIN S. BOHMAN (#22005)
Bohman Morse, LLC
400 Poydras Street, Suite 2050
New Orleans, Louisiana  70130
Tele:  (504) 930-4009  Fax:  (888) 217-2744
harry@bohmanmorse.com;
martin@bohmanmorse.com
COUNSEL FOR PLAINTIFF, KENAI IRONCLAD CORP.

AND

*/s/  Alfred J. Rufty, III*
ALFRED J. RUFTY, III (#19990)
Jones Walker LLP
201 St. Charles Avenue - Suite 5100
New Orleans, Louisiana  70170-5100
Tel:  (504) 582-8547  Fax:  (504) 589-8547
arufty@joneswalker.com
COUNSEL FOR DEFENDANTS, CP MARINE SERVICES, LLC AND TEN MILE EXCHANGE, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of January, 2024, a copy of the foregoing has been forwarded to all counsel of record by United States mail, first class postage prepaid, electronic filing, email and/or facsimile.

*/s/ Alfred J. Rufty, III*
ALFRED J. RUFTY, III
