# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 05, 2024

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

     No. 22-30311    Kenai Ironclad v. CP Marine Services
     USDC No. 2:19-CV-2799

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate.

     Sincerely,

     LYLE W. CAYCE, Clerk

     By: _____
     Allison G. Lopez, Deputy Clerk
     504-310-7702

cc w/encl:
     Mr. Martin Stewart Bohman
     Mr. Harry E. Morse
     Mr. Alfred Jackson Rufty III