

# BOHMAN | MORSE
bespoke representation

400 POYDRAS STREET, SUITE 2050, NEW ORLEANS, LA 70130

HARRY E. MORSE
PHONE: (504) 930-4030
FAX: (888) 217-2744
HARRY@BOHMANMORSE.COM

October 28, 2022

United States Court of Appeals
Fifth Circuit
Office of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130

    Re:    Kenai Ironclad Corporation v. CP Marine Services LLC; Ten Mile Exchange LLC.
            Case No. 22-30311
            On appeal from the United States District Court for the
            Eastern District of Louisiana, 2:19-cv-02799

Dear Clerk:

    Appellee Kenai Ironclad Corporation asks this Court for a seven-day extension to file their brief, until November 4, 2022. Counsel for CP Marine and Ten Mile Exchange have been contacted and consent to this request.

    Kenai Ironclad Corporation asks for this extension in light of counsel's unexpected illness this week, which has prevented counsel from working on the brief with the diligence counsel had hoped to apply.

Sincerely,

**HARRY E. MORSE**

CC:    All Counsel