# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 28, 2022

Mr. Harry E. Morse
Bohman Morse, L.L.C.
400 Poydras Street
Suite 2050
New Orleans, LA 70130

No. 22-30311   Kenai Ironclad v. CP Marine Services
USDC No. 2:19-CV-2799

Dear Mr. Morse,

We received your Letter requesting extension.  In light of the
request was refiled as a motion, we are taking no action on this
request.  No further action is required.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Whitney M. Jett, Deputy Clerk
504-310-7772

cc:
    Mr. Martin Stewart Bohman
    Mr. Alfred Jackson Rufty III