# JONES WALKER

**Alfred J. Rufty III**
D: 504.582.8547
F: 504.589.8547
arufty@joneswalker.com

November 23, 2022

Clerk of Court
U.S. Fifth Circuit Court of Appeals
600 Maestri Place
Suite 115
New Orleans, LA 70130-7700

      Re:    Kenai Ironclad Corp. v. CP Marine Services, LLC, et al.
              Fifth Circuit No. 22-30311
              JW File No. 18486400

Dear Sir/Madam:

      On behalf of Appellants in the referenced matter, we write to request a brief continuance of the deadline for the filing of Appellants' reply brief. The reply brief in Appeal No. 22-30311 is currently due Friday, November 25, 2022. We respectfully request a level-one extension through December 2, 2022 for filing the Appellant's reply brief in Appeal No. 22-30311. Opposing counsel has been contacted and do not oppose our request for additional time.

      Thank you for your consideration.

                                              Very truly yours,

                                                Alfred J. Rufty III

AJRIII/dms