# JONES WALKER

**Alfred J. Rufty III**
D: 504.582.8547
F: 504.589.8547
arufty@joneswalker.com

December 7, 2022

Clerk of Court
U.S. Fifth Circuit Court of Appeals
600 Maestri Place, Suite 115
New Orleans, LA 70130-7700

    Re:   Kenai Ironclad Corp. v. CP Marine Services, LLC, et al.
           Fifth Circuit No. 22-30311
           JW File No. 18486400

Dear Sir/Madam:

    Further to my conversation with the case manager, Whitney Jett, we enclose the corrected version of Appellants' Reply Brief. With apologies to the Court, we noticed after filing the Reply Brief on Friday that it contained some typographical errors and that we had inadvertently omitted two citations. The typographical errors include an omitted word ("Judgment") in the title to subsection D, omission of the word "the" on page 6, and other minor typos that have been corrected on pages 1, 8, 9, and 11. We also inadvertently omitted and so have added a case citation that we intended to include on page 6 and also on page 7. Finally, a few unnecessary words have been deleted with no change in meaning.

    Thank you for your time and assistance in this matter, and please let us know if you require anything further from us.

                                          Very truly yours,

                                          Alfred J. Rufty III

AJRIII/dms
Enclosure
cc w/encl.: Harry Morse